UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHARLES WHITE #12235-045
FCI- Elkton Plaintiff,
P.O. Box 10
vs. Lisbon, OH 44432

N  Case: 1:08-cv-01376
Assigned To : Roberts, Richard W.
Assign. Date : 8/7/2008
Description: FOIA/Privacy Act

HARLEY LAPPIN
Director of Federal
Bureau of Prisons
Defendant
In His Official Capacity

COMPLAINT

1. This is an action under the Freedom of Information Act (FOIA), Title 5 U.S.C. §552, to order the production of Bureau of Prison's (BOP) Agency Records, consisting of (1) All medical records, files, notes and any other documents that the (BOP) has in its possesion regarding Charles White. (2) All dental records, files, notes and any other documents that the (BOP) has in its possesion regarding Charles White.

It is futher requested that the (BOP) inform Plaintiff, if and to whom the requested material in question has been released to any identifiable individual or agency, their name, address, the name of such release if any, the specific reference to authority, statute or regulation governing such release.

In this action Plaintiff requests declaratory relief, all incurred court costs, attorney fees and trial by jury.

JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to Title 5 U.S.C. §552 and 701, the Administrative Procedures Act. Venue is proper in this District pursuant to the provision of 5 U.S.C. §§552(a)(g)(5) and 703.

RECEIVED
JUL 25 2008
Clerk, U.S. District and
Bankruptcy Courts

1

## PARTIES

3. Plaintiff Charles White is a federal prisoner currently incarcerated at FCI Elkton, in Elkton, Ohio.

4. Defendent Harley Lappin is the Director of the BOP, which is an agency of the Justice Department which maintains a system of records containing the information pertinent to Plaintiff's request.

## FACTS

5. On or about April 4, 2008, the Plaintiff submitted his first request for the records to the defendant.

6. On or about April 8, 2008, Plaintiff submitted a second request to the defendant, requesting the aforementioned records. As of this date, Plaintiff has not had a response from the defendant and having waited well in excess of the 20 day period, this complaint is now submitted.

## FIRST CAUSE OF ACTION

7. The actions of the defendent stated in paragraphs 5 and 6 denied Plaintiff's rights afforded him by the laws of the United States.

8. These rights were violated by the defendent's refusal to supply records pursuant to FOIA.

## DEMANDS

9. The defendant made a mistake by not supplying Plaintiff copies of the requested records, wherefore this Plaintiff's rights were violated. Therefore the Plaintiff demands judgement

3

against the defendant and prays the Court grant the following:

A.   That the Court order that the requested records be made available to the Plaintiff.

B.   That the Court declare the actions of the defendant in this case outside of established law.

C. That the Court order the defendant to reimburse any cost he may incure in relationship to this action.

D. Such other relief as this Court may deem appropriate.

This action is filed in the interest of justice, in the spirit of the law and is not frivolous and is filed in good faith.

Date 7-22-08

*Charles White*
Charles White No.12239-045
FCI Elkton
P.O. Box 10
Lisbon, Ohio  44432

Charles White
Reg. 12239-045
Federal Correctional Institution Elkton
P.O. Box 10
Lisbon, OH. 44432

April 8, 2008

Director, Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.

Re: **FREEDOM OF INFORMATION/PRIVACY ACT REQUEST**

Dear Sirs;

This letter will serve as my request, pursuant to the provisions of the Freedom of Information Act (5 U.S.C. §552) and the Privacy Act (5 U.S.C. §552a (d)(1), and the applicable Federal Statutes governing disclosure of the requested information. The following records and /or files for, are requested:

1. All medical records, files, notes and any other documents that the FBOP has in its possession regarding Charles White.
2. All dental records, files, notes and any other documents that the FBOP has in its possession regarding Charles White.

It is further requested that your Agency, in response to the material requested, specifically inform me if and to whom the files and/or any material therein contained has been released to any identifiable individual or agency, their name, the purpose and need for such information, the date of such release, released information, and the specific reference to authority, statute, or regulation governing such release.

Pursuant to Title 5 U.S.C. §552(6)(A)(i), it is noted that your Agency has **twenty (20)** days following receipt of this request to provide the information sought. Should any delay occur, it is requested that your Agency inform me of this delay as provided by Agency regulations, and the date as to when your Agency will be able to act upon this request.

I have included a signed DOJ Form 361, Certification of Identity. I thank you for your time and efforts in this matter.

Respectfully,

Charles White
12239-045

cc: file

U.S. Department of Justice           Certification of Identity         

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   __Charles White__

Citizenship Status [2] __United States__   Social Security Number [3] __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__

Current Address __F.C.I. Elkton, P.O. Box 10, Lisbon, OH. 44432__

Date of Birth __08/24/59__    Place of Birth __Chicago, Ill.__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____     Date __04/08/2008__

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016         FORM DOJ-361
EXPIRES 4/31/07                          SEPT 04

BP-A148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) To Medical Records / Medical Records | DATE: 4-4-08 |
|---|---|
| FROM: Charles White | REGISTER NO.: 12239-045 |
| WORK ASSIGNMENT: Kitchen am | UNIT: E-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Under Tittle 5 Sec. 552 I Request my Complete Set of Dental Records

(Do not write below this line)

DISPOSITION:

Watch call-outs

M. CONSIDINE, RHIT
Signature Staff Member   Date 4-10-08

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER


FCI ELKTON

**SECTION 6**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES WHITE )
       Plaintiff, )
)
vs. )      No. __08 1376__
)
)
HARLEY LAPPIN )
Director of Federal )
Bureau of Prisons )
In His Official Capacity )
Defendant. )

## MOTION FOR ISSUANCE OF SUMMONS AND SERVICE OF PROCESS

Plaintiff Charles White, pursuant to F.R.Civ.P. Rule 4(c)(2), hereby moves the Court for an order allowing Plaintiff who is proceeding in forma pauperis, to have service of process on the above defendent, by a U.S. Marshall without cost to Plaintiff.

In support of Plaintiff's motion, he notes that service by a U.S. Marshal would be the most efficient and effective method of service in this case since the process server could serve the defendent at his place of employment which is: Harley Lappin, Director of the Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20934.

Plaintiff needs this defendent served so that he can move forward the law suite in this action.

WHEREFORE, Plaintiff prays the Court for an order allowing Plaintiff to have the named defendent served by the U.S. Marshal without cost to the Plaintiff.

Date: 7-22-08

*Charles White*
CHARLES WHITE No.12239-045
FCI Elkton, P.O. Box 10
Lisbon, OH 44432

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

08-1376
RWR

## I (a) PLAINTIFFS

Charles White

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88884
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 12239-045

## DEFENDANTS

Harley Lappin

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-01376
Assigned To : Roberts, Richard W.
Assign. Date : 8/7/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

3

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ 0    Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 8/7/08    SIGNATURE OF ATTORNEY OF RECORD  NCB

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd